NO. 07-07-0256-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 28, 2007

______________________________

AUCENCIO CASTRO ALVAREZ, APPELLANT

V.

CYNDIA ANN ALVAREZ, APPELLEE

_________________________________

FROM THE 46
TH
 DISTRICT COURT OF WILBARGER COUNTY;

NO. 23,819; HONORABLE DAN MIKE BIRD, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ON MOTION TO DISMISS

Aucencio Castro Alvarez, appellant, has filed a motion to dismiss this appeal because a Motion for New Trial was granted by the trial court.
  
No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  
Tex. R. App. P.
 42.1(a)(1).   All costs of this appeal are assessed to the appellant.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock

                   Justice